**Ronald BROWN, Plaintiff—Appellant,**

v.

**Alvin Eugene HARRIS, M.D., individually and in his official capacity as Southampton Correctional Center facility physician; Audrey Moore,**

Nurse, LPN, individually and in her official capacity as a nurse at Southampton Correctional Center, Defendants–Appellees.

No. 12–6158.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Ronald Jeffrey Brown, III, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Harris,* No. 3:10–cv–00613–REP, 2012 WL 12383 (E.D.Va. Jan. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*